| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>NESENOFF & MILTENBERG LLP    P: 212-736-4500<br>ANDREW MILTENBERG, Esq. (Pro Hac Vice pending)<br>363 Seventh Avenue, 5th Floor, New York, New York 10001<br><br>HATHAWAY PARKER INC.        P: 213-529-9000<br>Mark M. Hathaway, Esq. (CA 151332)<br>445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071<br><br>ATTORNEY(S) FOR:  MATTHEW BOERMEESTER, PLAINTIFF | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BOERMEESTER,<br><br>                                        Plaintiff(s),<br>                        v.<br>UNIVERSITY OF SOUTHERN CALIFORNIA,<br>GRETCHEN DAHLINGER MEANS, individually<br>and in her official capacity, DR. AINSLEY CARRY<br>                                        Defendant(s) | CASE NUMBER:<br><br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    MATTHEW BOERMEESTER
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Matthew Boermeester | Plaintiff |
| 2. University of Southern California | Defendant |
| 3. Gretchen Dahlinger Means | Defendant |
| 4. Dr. Ainsley Carry | Defendant |

March 21, 2019                                          /s/ (Signature)
Date                                                            Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Matthew Boermeester