JULIE ARIAS YOUNG (State Bar No. 168664)
jyoung@yzllp.com
KAREN J. PAZZANI (State Bar No. 252133)
kpazzani@yzllp.com
YOUNG & ZINN LLP
1150 South Olive Street, Suite 1800
Los Angeles, California 90015
Telephone:(213) 362-1860
Facsimile: (213) 362-1861

Attorneys for Defendants
UNIVERSITY OF SOUTHERN CALIFORNIA,
GRETCHEN DAHLINGER MEANS, individually and in her
official capacity, and AINSLEY CARRY,
individually and in his official capacity

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MATTHEW BOERMEESTER,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, GRETCHEN DAHLINGER MEANS, individually and in her official capacity, and Dr. AINSLEY CARRY, individually and in his official capacity,<br><br>Defendants. | Case No. 2:19-cv-02137-R-MRW<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(6) OR, IN THE ALTERNATIVE, SPECIAL MOTION TO STRIKE THE FOURTH, FIFTH, SIXTH, AND SEVENTH CLAIMS FOR RELIEF PURSUANT TO CCP § 425.16**<br><br>DATE: May 20, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Manuel L. Real<br>CTRM: 880 |

**TO THE COURT AND TO PLAINTIFF MATTHEW BOERMEESTER AND HIS ATTORNEYS OF RECORD MARK HATHAWAY, JENNA E. PARKER, AND HATHAWAY PARKER, AND ANDREW T. MILTENBERG, STUART BERNSTEIN, TARA J. DAVIS, AND NESENOFF & MILTENBERG LLP:**

**PLEASE TAKE NOTICE** that on May 20, 2019, at 10:00 a.m., before the Honorable Manuel L. Real, in Courtroom 880 of the United States Courthouse for the Central District of California, Western Division, 255 E. Temple Street, Los Angeles, California, 90012, Defendants UNIVERSITY OF SOUTHERN CALIFORNIA, GRETCHEN DAHLINGER MEANS, individually and in her official capacity, and AINSLEY CARRY, individually and in his official capacity, (collectively "Defendants") will and hereby do move this Court for an order striking and dismissing with prejudice Plaintiff Matthew Boermeester's ("Plaintiff") complaint for damages and injunctive relief in its entirety ("Complaint").

This Motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that:

1. the Complaint, and each claim for relief therein, is barred because Plaintiff has not exhausted his judicial remedies;

2. Plaintiff's first and second claims for relief fail to state claims upon which relief can be granted because Plaintiff has not pled facts sufficient to evidence gender bias; and

3. Plaintiff's third claim for relief fails to state a claim upon which relief can be granted because Plaintiff cannot establish that Defendants were "state actors."

Defendants further make this Motion pursuant to section 425.16 of the California Civil Code of Procedure on the grounds that the fourth, fifth, sixth, and seventh claims for relief:

YOUNG & ZINN LLP
1150 SOUTH OLIVE STREET, SUITE 1800
LOS ANGELES, CALIFORNIA 90015

1
DEFENDANTS' NTC OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(6) OR, IN THE ALT, SPECIAL MOTION TO STRIKE THE FOURTH, FIFTH, SIXTH, AND SEVENTH CLAIMS FOR RELIEF PURSUANT TO CCP § 425.16

1. "arise" from Defendants' "acts in furtherance of [their] right of petition or free speech under the United States or California Constitution in connection with a public issue;" and
2. Plaintiff cannot establish a probability of prevailing on his claims.

This Motion is made following the conference between the parties pursuant to Local Rule 7-3 which took place on April 10, 2019.  On April 8, 2019, counsel for USC transmitted a meet and confer letter to Plaintiff's counsel requesting that Plaintiff dismiss his Complaint and setting forth the reasons the Complaint should be dismissed.  On April 10, 2019 (seven days prior to the last day for filing the motion), counsel for Defendants and Plaintiff engaged in a telephonic conversation to further meet and confer.  The parties were unable to reach a resolution.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities and Request for Judicial Notice, and the pleadings and papers filed in this action, and such further argument and matters as may be offered at the time of the hearing of this Motion.

DATED:  April 17, 2019         YOUNG & ZINN LLP

                                By:  /s/ Karen J. Pazzani
                                     KAREN J. PAZZANI
                                     Attorneys for Defendants
                                     UNIVERSITY OF SOUTHERN
                                     CALIFORNIA, GRETCHEN DAHLINGER
                                     MEANS, individually and in her official
                                     capacity, and AINSLEY CARRY,
                                     individually and in his official capacity

# **CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 1150 South Olive Street, Suite 1800, Los Angeles, California 90015.

On April 17, 2019, I hereby certify that I electronically filed the foregoing document described/listed below with the Clerk of the Court for the United States District Court, Central District of California. Participant(s) in the case who are registered users will be served by the CM/ECF system, electronically transmitted, and served the foregoing document(s) described as: **DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(6) OR, IN THE ALTERNATIVE, SPECIAL MOTION TO STRIKE THE FOURTH, FIFTH, SIXTH, AND SEVENTH CLAIMS FOR RELIEF PURSUANT TO CCP § 425.16**

| | |
|---|---|
| Mark Hathaway, Esq.<br>Jenna E. Parker, Esq.<br>HATHAWAY PARKER<br>445 S. Figueroa Street, 31st Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 529-9000<br>Email: mark@hathawayparker.com<br>Email: jenna@hathawayparker.com | Representing Plaintiff<br>MATTHEW BOERMEESTER |
| Andrew T. Miltenberg, Esq.<br>Stuart Bernstein, Esq.<br>Tara J. Davis, Esq.<br>NESENOFF & MILTENBERG LLP<br>363 Seventh Avenue, Fifth Floor<br>New York, New York 10001<br>Tel.: (212) 736-4500<br>Email: amiltenberg@nmllplaw.com<br>Email: sbernstein@nmllplaw.com<br>Email: tdavis@nmllplaw.com | Representing Plaintiff<br>MATTHEW BOERMEESTER |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 17, 2019, at Los Angeles, California.

*Patty Flores* (signature)
Patty Flores