| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| JULIE ARIAS YOUNG (State Bar No. 168664)<br>jyoung@yzllp.com<br>KAREN J. PAZZANI (State Bar No. 252133)<br>kpazzani@yzllp.com<br>YOUNG & ZINN LLP<br>1150 S. Olive St., Suite 1800, Los Angeles, California 90015<br>Telephone: (213) 362-1860; Fax: (213) 362-1861 | |
| ATTORNEY(S) FOR: University of Southern California; Gretchen Dahlinger Means; and Ainsley Carry | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MATTHEW BOERMEESTER,<br>Plaintiff(s),<br>v.<br>UNIVERSITY OF SOUTHERN CALIFORNIA, GRETCHEN DAHLINGER MEANS, individually and in her official capacity, and Dr. AINSLEY CARRY, individually and in his official capacity,<br>Defendant(s). | CASE NUMBER: 2:19-cv-02137-R-MRW<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for the University of Southern California, Gretchen Dahlinger Means, and Ainsely Carry, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Matthew Boermeester | Plaintiff |
| 2. University of Southern California | Defendant |
| 3. Gretchen Dahlinger Means | Defendant (individually and in her official capacity) |
| 4. Ainsley Carry | Defendant (individually and in his official capacity) |

Date _____

Signature  /s/ Karen J. Pazzani

KAREN PAZZANI
Attorney of record for Defendants
UNIVERSITY OF SOUTHERN CALIFORNIA,
GRETCHEN DAHLINGER MEANS, individually and in her official capacity, and AINSLEY CARRY, individually and in his official capacity

CV-30 (05/13)                      **NOTICE OF INTERESTED PARTIES**

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 1150 South Olive Street, Suite 1800, Los Angeles, California 90015.

On April 17, 2019, I hereby certify that I electronically filed the foregoing document described/listed below with the Clerk of the Court for the United States District Court, Central District of California. Participant(s) in the case who are registered users will be served by the CM/ECF system, electronically transmitted, and served the foregoing document(s) described as: **CERTIFICATION AND NOTICE OF INTERESTED PARTIES.**

| | |
|---|---|
| Mark Hathaway, Esq.<br>Jenna E. Parker, Esq.<br>HATHAWAY PARKER<br>445 S. Figueroa Street, 31st Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 529-9000<br>Email: mark@hathawayparker.com<br>Email: jenna@hathawayparker.com | Representing Plaintiff<br>MATTHEW BOERMEESTER |
| Andrew T. Miltenberg, Esq.<br>Stuart Bernstein, Esq.<br>Tara J. Davis, Esq.<br>NESENOFF & MILTENBERG LLP<br>363 Seventh Avenue, Fifth Floor<br>New York, New York 10001<br>Tel.: (212) 736-4500<br>Email: amiltenberg@nmllplaw.com<br>Email: sbernstein@nmllplaw.com<br>Email: tdavis@nmllplaw.com | Representing Plaintiff<br>MATTHEW BOERMEESTER |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 17, 2019, at Los Angeles, California.

Patty Flores