Name and address:
HATHAWAY PARKER
Mark M. Hathaway, Esq. (Bar Number 151332)
445 South Figueroa Street, 31st Floor
Los Angeles, California 90071
Telephone: (213) 529-9000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MATTHEW BOERMEESTER

v.                                          Plaintiff(s)

UNIVERSITY OF SOUTHERN CALIFORNIA et al.

                                            Defendant(s).

CASE NUMBER

2:19-cv-02137-R-MRW

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Miltenberg, Andrew T.                                of
*Applicant's Name (Last Name, First Name & Middle Initial)*
212-736-4500                    212-736-2260

*Telephone Number*        *Fax Number*
amiltenberg@nmllplaw.com
*E-Mail Address*

Nesenoff & Miltenberg, LLP
363 Seventh Avenue, 5th Floor
New York, New York 10001

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff-Matthew Boermeester

*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Hathaway, Mark M.                                of
*Designee's Name (Last Name, First Name & Middle Initial)*
151332          (213) 529-9000          (213) 529-0783
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
mark@hathawayparker.com
*E-Mail Address*

HATHAWAY PARKER
445 S. Figueroa Street, 31st Floor
Los Angeles, California 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.
         ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
         ☐ for failure to complete Application: _____
         ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
         ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
         ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated   **April 29, 2019**

_____
**U.S. District Judge**