NESENOFF & MILTENBERG, LLP
ANDREW T. MILTENBERG, Esq. (*pro hac vice*)
amiltenberg@nmllplaw.com
STUART BERNSTEIN, Esq. (*pro hac vice*)
sbernstein@nmllplaw.com
TARA J. DAVIS, Esq. (*pro hac vice*)
tdavis@nmllplaw.com
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Telephone:  (212) 736-4500

HATHAWAY PARKER
MARK HATHAWAY, Esq.
mark@hathawayparker.com
JENNA E. PARKER, Esq.
jenna@hathawayparker.com
445 S. Figueroa Street, 31st Floor
Los Angeles, California 90071
Telephone: (213) 529-9000

*Attorneys for Matthew Boermeester*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| MATTHEW BOERMEESTER, | Case No.:  2:19-CV-2137-R-MRW |
|---|---|
| Plaintiff, | **DECLARATION OF MARK M. HATHAWAY IN SUPPORT OF JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS** |
| v. | |
| UNIVERSITY OF SOUTHERN CALIFORNIA, GRETCHEN DAHLINGER MEANS, individually and in her official capacity, and Dr. AINSLEY CARRY, individually and in his official capacity, | |
| Defendants. | |

# DECLARATION

1. I am an attorney duly licensed to practice in the State of California before the United States District Court for the Central District of California. This declaration is based on personal knowledge of the matters set forth herein.

2. I am attorney of record and serve as local counsel for Plaintiff Matthew Boermeester in the instant matter, pursuant to Local Rule 83-2.1.3.4.

3. On March 28, 2019, plaintiff's counsel in New York timely filed their applications to appear *pro hac vice*: Andrew T. Miltenberg, Esq., Stuart Bernstein, Esq., and Tara J. Davis with the law firm Nesenoff & Miltenberg LLP.

4. On April 10, 2019 counsel for all parties participated in a telephonic meet and confer regarding the Motion to Dismiss the defendants intended to file. Although the legal issues of the Motion to Dismiss were discussed among counsel, there was no discussion regarding scheduling of any hearing on the motion.

5. On April 17, 2019, I received notice of the Motion to Dismiss, which defendants had scheduled for hearing on May 20, 2019. Due to scheduling conflicts with the required briefing and the hearing date of May 20, 2019, *pro hac vice* counsel asked me to inquire of defendants' counsel if they would agree to the hearing date being continued to a mutually agreed date. For religious reasons, Ms. Davis, Mr. Bernstein, & Mr. Miltenberg were unavailable the week of April 22, 2019 to prepare responsive pleadings. In addition, *pro hac vice* were unavailable on May 20, 2019 as attorney Tara Davis was scheduled to conduct depositions in New York in the matter of *Doe v. Colgate Univ.* 17-cv-3594), attorney Stuart Bernstein was previously engaged for a scheduled arbitration in New York in the matter of *Stempel v. JTH Construction,* and counsel Andrew T. Miltenberg was scheduled to appear in the matter of *Doe v. Michigan State University,* 1:18-cv-01430).

6. As of April 24, 2019, defendants' counsel graciously agreed to stipulate for an order to continue the hearing to June 17, 2019, with the further stipulation that any Opposition to Motion to Dismiss would be filed no later than May 23, 2019.

7. On April 26, 2019, the parties submitted their Joint Stipulation to Continue the Hearing on the Motion to Dismissed and a proposed Order.

8. On April 29, 2019, Manuel L. Real, United States District Judge issued an ORDER RE: NOTICE TO COUNSEL, which includes the following instruction:

> CONTINUANCES: Counsel requesting a continuance must submit a stipulation with a detailed declaration as to the reason for the requested continuance or extension of time, together with a proposed order. Stipulations, including those for second and subsequent extensions of time to respond to the complaint, are effective ONLY when approved by this Court. Any stipulation not in compliance with this order or the Local Rules will automatically be denied without further notice to the parties.

9. Also on April 29, 2019, the Court granted the *pro hac vice* applications of Andrew T. Miltenberg, Esq., Stuart Bernstein, Esq., and Tara J. Davis, Esq.

10. I am filing this declaration in support of the Joint Stipulation to Continue Hearing on Motion To Dismiss and in compliance with the Order re: Notice to Counsel and Order issued May 8, 2019.

11. There have been no previous continuances and on behalf of all counsel and parties I respectfully request that the Court enter the order as agreed and stipulated by the parties.

I declare under penalty of perjury that the forgoing is true and correct.

Date: May 10, 2019        By: /S/ Mark M. Hathaway           .
            HATHAWAY PARKER
            Mark Hathaway, Esq.
            *Attorneys for Plaintiff*
            *Matthew Boermeester*