NESENOFF & MILTENBERG, LLP
ANDREW T. MILTENBERG, Esq. (*pro hac vice* pending)
amiltenberg@nmllplaw.com
STUART BERNSTEIN, Esq. (*pro hac vice* pending)
sbernstein@nmllplaw.com
TARA J. DAVIS, Esq. (*pro hac vice* pending)
tdavis@nmllplaw.com
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Telephone:  (212) 736-4500

HATHAWAY PARKER
MARK HATHAWAY, Esq.
mark@hathawayparker.com
JENNA E. PARKER, Esq.
jenna@hathawayparker.com
445 S. Figueroa Street, 31st Floor
Los Angeles, California 90071
Telephone: (213) 529-9000

*Attorneys for Matthew Boermeester*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MATTHEW BOERMEESTER,<br><br>  Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, GRETCHEN DAHLINGER MEANS, individually and in her official capacity, and Dr. AINSLEY CARRY, individually and in his official capacity,<br><br>  Defendants. | Case No.:  2:19-CV-2137-R-MRW<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT PURSUANT TO FRCP 12(b)(6) OR, IN THE ALTERNATIVE, TO STRIKE THE FOURTH, FIFTH, SIXTH, AND SEVENTH CLAIMS FOR RELIEF PURSUANT TO CCP § 425.16**<br><br>DATE: June 17, 2019<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Manuel L. Real<br>CTRM:  880 |

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE
1

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff MATTHEW BOERMEESTER respectfully request that this Court take judicial notice of the following documents:

1. Appellant's Opening Brief filed on April 19, 2019 in *Matthew Boermeester v. Ainsley Carry, et al.*, Second District Court of Appeal Case No. B290675. A true and correct copy of the Appellant's Opening Brief is attached hereto as <u>Exhibit</u> 4.
2. The Declaration of Zoe Katz filed on September 6, 2017 in Matthew Boermeester v. Ainsley Carry, et al., Los Angeles Superior Court Case No. BS170473. A true and correct copy of the Appellant's Opening Brief is attached hereto as <u>Exhibit</u> 5.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Rule 201 of the Federal Rules of Evidence sets forth the authority of the Court to take judicial notice of adjudicative facts. "A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." (Fed. R. Evid. 201(b).) The second alternative refers to facts that, although not generally known, are easily verified. Because the accuracy of these facts is certain, they can be judicially noticed.

One type of easily verifiable fact that courts often judicially notice is the official acts of the legislative, executive, and judicial departments of the United States, of any state or political subdivision, or of any other public entity in the United States. Specifically, federal courts may take judicial notice of proceedings in other courts, both within and without federal judicial system, if those proceedings have a direct relation to matters at issue. (See *Allen v. City of Los Angeles* (9th Cir. 1996) 92 F.3d 842, 850.)

Pursuant to these rules, Mr. Boermeester requests that the Court take judicial notice of the Appellant's Opening Brief attached hereto as <u>Exhibit</u> 4, filed with the Second District Court of Appeal on April 19, 2019, and the Declaration of Zoe Katz

attached hereto as Exhibit 5, filed with the Los Angeles Superior Court on September 6, 2017.

Date: May 23, 2019            By: /S/ Andrew T. Miltenberg .
NESENOFF & MILTENBERG LLP
Andrew T. Miltenberg, Esq.

Date: May 23, 2019            By: /S/ Mark M. Hathaway .
HATHAWAY PARKER
Mark Hathaway, Esq.
*Attorneys for Plaintiff*
*Matthew Boermeester*

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071.

On May 23, 2019, I certify that I electronically filed and served the foregoing document described as PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT PURSUANT TO FRCP 12(b)(6) OR, IN THE ALTERNATIVE, TO STRIKE THE FOURTH, FIFTH, SIXTH, AND SEVENTH CLAIMS FOR RELIEF PURSUANT TO CCP § 425.16 with the Clerk of the Court for the United States District Court, Central District of California and on all Participants in the case who are registered users of the CM/ECF system by transmitting a true copy thereof:

Julie Arias Young
Karen Pazzani
Young & Zinn LLP
1150 South Olive Street, Suite 1800
Los Angeles, CA 90015
Telephone: (213) 362-1860
Facsimile: (213) 362-1861
E-mail: jyoung@yzllp.com
E-mail: kpazzani@yzllp.com
ATTORNEYS FOR DEFENDANTS

☐ **BY FACSIMILE TRANSMISSION** from FAX number (213) 529-0783 to the fax number set forth above. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ **BY MAIL** by placing a true copy thereof enclosed in a sealed envelope addressed as set forth above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE** by delivering a copy of the document(s) by hand to the addressee or I caused such envelope to be delivered by messenger or process server.

☐ **BY EXPRESS SERVICE** by depositing in a box or other facility regularly maintained by the express service carrier or delivering to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served.

☒ **BY ELECTRONIC TRANSMISSION** by transmitting a PDF version of the document(s) by electronic mail to the party(s) identified on the service list using the e-mail address(es) registered with the CM/ECF system.

☐ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 23, 2019 in Los Angeles, California  _____
                                                       Yesenia N. Alvarado

---

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE
4