JULIE ARIAS YOUNG (State Bar No. 168664)
jyoung@yzllp.com
KAREN J. PAZZANI (State Bar No. 252133)
kpazzani@yzllp.com
YOUNG & ZINN LLP
1150 South Olive Street, Suite 1800
Los Angeles, California 90015
Telephone: (213) 362-1860
Facsimile: (213) 362-1861

Attorneys for Defendants
UNIVERSITY OF SOUTHERN CALIFORNIA,
GRETCHEN DAHLINGER MEANS, individually and in her official capacity, and AINSLEY CARRY, individually and in his official capacity

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MATTHEW BOERMEESTER,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, GRETCHEN DAHLINGER MEANS, individually and in her official capacity, and Dr. AINSLEY CARRY, individually and in his official capacity,<br><br>Defendants. | Case No. 2:19-cv-02137-R-MRW<br><br>**JOINT REPORT FOLLOWING FED.R.CIV.P.26(F) CONFERENCE** |

Pursuant to Federal Rule of Civil Procedure 26(f), United States Central District Court Local Rule ("L.R.") 26-1, and the Court's April 29, 2019 Order re: Notice to Counsel, Plaintiff MATTHEW BOERMEESTER ("Plaintiff"), and Defendants UNIVERSITY OF SOUTHERN CALIFORNIA, GRETCHEN DAHLINGER MEANS, individually and in her official capacity, and AINSLEY CARRY, individually and in his official capacity, (collectively "Defendants") by and through their respective counsel, submit this joint report following their Rule 26(f) conference.  To the extent the parties were not able to reach agreement on any topics, their separate positions are set forth below.

## I. BACKGROUND

On April 17, 2019, Defendants filed a Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(6) Or, In The Alternative, Special Motion to Strike The Fourth, Fifth, Sixth, and Seventh Claims For Relief Pursuant to CCP § 425.16 ("Motion to Dismiss") (Dkt # 21).  Defendants' Motion to Dismiss is scheduled to be heard on June 17, 2019.

Because Defendants' Motion to Dismiss may result in the dismissal of all claims, in the interest of conserving party resources and avoiding unnecessary legal fees, the Parties agreed to discuss initial disclosures and a detailed discovery plan after the Court rules on Defendants' Motion to Dismiss.  Thus, the Parties have prepared a brief Joint Report and may seek leave to file an amended Joint Report after the Court rules on Defendants' Motion to Dismiss.

## II. RULE 26(F) REQUIREMENTS

### A. Rule 26(f)(3)(A) – What Changes Should Be Made In the Timing, Form, Or Requirement For Disclosures Under Rule 26(a), Including A Statement Of When Initial Disclosures Were Made Or Will Be Made.

The Parties propose no changes to the form or requirements for disclosure under Rule 26(a). However, in light of Defendants' pending Motion to Dismiss, the Parties agree it is premature to exchange initial disclosures. If the Court does not grant Defendants' Motion to Dismiss, the Parties will meet and confer regarding a deadline to exchange initial disclosures.

### B. Rule 26(f)(3)(B) – The Subjects On Which Discovery May Be Needed, When Discovery Should Be Completed, And Whether Discovery Should Be Conducted In Phases Or Be Limited Or Focused On Particular Issues.

If this matter proceeds, the Parties agree that discovery will be needed on their respective claims and defenses. However, in light of Defendants' pending Motion to Dismiss, the Parties have not yet developed a detailed discovery plan. If the Court does not grant Defendants' Motion to Dismiss, the Parties have agreed to meet and confer to develop such a plan.

### C. Rule 26(f)(3)(C) – Any Issues About Disclosure Or Discovery Of Electronically Stored Information, Including The Form Or Forms In Which It Should Be Produced.

The parties do not anticipate any issues with regard to the discovery of electronic information. If such information is requested, it will be provided in hard-copy, print-out form, unless otherwise agreed.

**D.     Rule 26(f)(3)(D) – Any Issues About Claims Of Privilege Or Of Protection As Trial-Preparation Materials, Including – If The Parties Agree On A Procedure To Assert These Claims After Production – Whether To Ask The Court To Include Their Agreement In An Order.**

Pursuant to FRCP 26(f)(4), the Parties may enter into a stipulated protective order to protect the confidentiality of certain information that may be produced in discovery.

**E.     Rule 26(f)(3)(E) – What Changes Should Be Made In The Limitation On Discovery Imposed Under These Rules Or By Local Rule, And What Other Limitations Should Be Imposed.**

At this time, the Parties do not believe that any changes or limitations to discovery should be made. However, in light of Defendants' pending Motion to Dismiss, the Parties have not yet developed a detailed discovery plan. If the Court does not grant Defendants' Motion to Dismiss, the Parties have agreed to meet and confer to develop such a plan.

**F.     Rule 26(f)(3)(F) – Any Other Orders That The Court Should Issue Under Rule 26(c) Or Under Rule 16(b) And (c).**

Pursuant to FRCP 26(f)(4), the Parties may enter into a stipulated protective order to protect the confidentiality of certain information that may be produced in discovery. Other than such an order, the parties do not propose any other orders be entered by the Court under FRCP 26(c) or 16(b) at this time. However, in light of Defendants' pending Motion to Dismiss, the Parties have not yet developed a detailed discovery plan. If the Court does not grant Defendants' Motion to Dismiss,

3

the Parties have agreed to meet and confer to develop such a plan.

## III. LOCAL RULE REQUIREMENTS

### A. Complex Case [L.R. 26-1(a)].

The parties do not believe that this is a complex case or that the Manual for Complex Litigation is necessary to adjudicate this action.

### B. Motion Schedule [L.R. 26-1(b)].

Depending on the Court's ruling on Defendants' Motion to Dismiss and, if applicable, the results of discovery, the Parties may file Motions for Summary Judgment or Partial Summary Judgment. Any Motion for Summary Judgment or Partial Summary Judgment shall be heard no later than 45 days before trial. The briefing schedule for any such motion shall be set by the applicable section(s) of the Federal Rules of Civil Procedure.

### C. Settlement [L.R. 26-1(c)].

The Parties have not yet discussed settlement. If the Court does not grant Defendants' Motion to Dismiss, the Parties have agreed to meet and confer to select an ADR Procedure consistent with L.R. 16-15.4.

### D. Trial Estimate [L.R. 26-1(d)].

The Parties have not yet agreed on a trial estimate. The Court's ruling on Defendants' Motion to Dismiss may inform the Parties' discussions regarding the anticipated length of trial.

### E. Additional Parties [L.R. 26-1(e)].

Plaintiff does not anticipate adding any additional parties at this time.

4
JOINT REPORT FOLLOWING FED.R.CIV.P.26(F) CONFERENCE

F. **Expert Witnesses [L.R. 26-1(f)].**

The Parties have not yet discussed expert disclosures. If the Court does not grant Defendants' Motion to Dismiss, the Parties have agreed to meet and confer to develop a discovery plan.

DATED: May 31, 2019

MARK M. HATHAWAY
JENNA E. EYRICH
HATHAWAY PARKER

By: /s/ Mark M. Hathaway
MARK M. HATHAWAY
Attorneys for Plaintiff
MATTHEW BOERMEESTER

DATED: May 31, 2019

JULIE ARIAS YOUNG
KAREN J. PAZZANI
YOUNG & ZINN LLP

By: /s/ Karen J. Pazzani**
KAREN J. PAZZANI
Attorneys for Defendants
UNIVERSITY OF SOUTHERN CALIFORNIA, GRETCHEN DAHLINGER MEANS, individually and in her official capacity, and AINSLEY CARRY, individually and in his official capacity

**Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

5
JOINT REPORT FOLLOWING FED.R.CIV.P.26(F) CONFERENCE

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 1150 South Olive Street, Suite 1800, Los Angeles, California 90015.

On May 31, 2019, I hereby certify that I electronically filed the foregoing document described/listed below with the Clerk of the Court for the United States District Court, Central District of California. Participant(s) in the case who are registered users will be served by the CM/ECF system **JOINT REPORT FOLLOWING FED.R.CIV.P.26(F) CONFERENCE**

| | |
|---|---|
| Mark Hathaway, Esq.<br>Jenna E. Parker, Esq.<br>HATHAWAY PARKER<br>445 S. Figueroa Street, 31st Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 529-9000<br>Email: mark@hathawayparker.com<br>Email: jenna@hathawayparker.com | Representing Plaintiff<br>MATTHEW BOERMEESTER |
| Andrew T. Miltenberg, Esq.<br>Stuart Bernstein, Esq.<br>Tara J. Davis, Esq.<br>NESENOFF & MILTENBERG LLP<br>363 Seventh Avenue, Fifth Floor<br>New York, New York 10001<br>Tel.: (212) 736-4500<br>Email: amiltenberg@nmllplaw.com<br>Email: sbernstein@nmllplaw.com<br>Email: tdavis@nmllplaw.com | Representing Plaintiff<br>MATTHEW BOERMEESTER |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 31, 2019, at Los Angeles, California.

/s/ Karen J. Pazzani
_____
Karen J. Pazzani