FILED
CLERK, U.S. DISTRICT COURT

12/31/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: S.N. _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Transfer of Cases from the Calendar ) ) ) ) of ) ) ) Judge MANUEL L. REAL ) ) | ORDER OF THE CHIEF JUDGE<br><br>19-102 |

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be reassigned from the calendar of Judge Manuel L. Real to the calendar of Judge Virginia A. Phillips for all further proceedings:

 2:19-cv-01834-R-FFMx: Gladys Interiano v. Colonial Life and Accident Insurance Company, et al.
 2:19-cv-02137-R-MRWx Matthew Boermeester v. University of Southern California, et al.
 5:19-cv-00704-R-JC: Maria Guadalupe Sanchez De Ramirez v. Nancy A. Berryhill

Dated: December 31, 2019

_____
Chief Judge Virginia A. Phillips