Name and address:
HATHAWAY PARKER
Mark M. Hathaway, Esq. (Bar Number 151332)
445 South Figueroa Street, 31st Floor
Los Angeles, California 90071
Telephone: (213) 529-9000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MATTHEW BOERMEESTER

v.

UNIVERSITY OF SOUTHERN CALIFORNIA et al.

Plaintiff(s)

Defendant(s).

CASE NUMBER

2:19-cv-02137-VAP-MRW

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Bernstein, Stuart
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-736-4500
*Telephone Number*

212-736-2260
*Fax Number*

sbernstein@nmllplaw.com
*E-Mail Address*

of

Nesenoff & Miltenberg, LLP
363 Seventh Avenue, 5th Floor
New York, New York 10001

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Plaintiff-Matthew Boermeester

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

and designating as Local Counsel
Hathaway, Mark M.
*Designee's Name (Last Name, First Name & Middle Initial)*

151332
*Designee's Cal. Bar No.*

(213) 529-9000
*Telephone Number*

(213) 529-0783
*Fax Number*

mark@hathawayparker.com
*E-Mail Address*

of

HATHAWAY PARKER
445 S. Figueroa Street, 31st Floor
Los Angeles, California 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated March 31, 2020

*[signature: Virginia A. Phillips]*
U.S. District Judge

G-64 ORDER (5/16)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1