JULIE ARIAS YOUNG (State Bar No. 168664)
jyoung@yzllp.com
KAREN J. PAZZANI (State Bar No. 252133)
kpazzani@yzllp.com
YOUNG & ZINN LLP
1150 South Olive Street, Suite 1800
Los Angeles, California 90015
Telephone:(213) 362-1860
Facsimile: (213) 362-1861

Attorneys for Defendants
UNIVERSITY OF SOUTHERN CALIFORNIA,
GRETCHEN DAHLINGER MEANS, individually and in her official capacity, and AINSLEY CARRY, individually and in his official capacity

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MATTHEW BOERMEESTER,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, GRETCHEN DAHLINGER MEANS, individually and in her official capacity, and Dr. AINSLEY CARRY, individually and in his official capacity,<br><br>Defendants. | Case No. 2:19-cv-02137-VAP-MRW<br><br>**SECOND JOINT STATUS REPORT** |

Pursuant to the Court's August 21, 2020 Minute Order Requiring Parties to File Status Report, Plaintiff MATTHEW BOERMEESTER ("Plaintiff"), and Defendants UNIVERSITY OF SOUTHERN CALIFORNIA, GRETCHEN DAHLINGER MEANS, individually and in her official capacity, and AINSLEY CARRY, individually and in his official capacity, (collectively "Defendants") by and through their respective counsel, submit this joint status report:

On May 28, 2020, the Court of Appeal for the State of California issued an opinion directing the Superior Court to reverse its decision denying Plaintiff's Petition for Writ of Administrative Mandate ("Petition") against University of Southern California and Ainsley Carry ("Respondents"). On September 16, 2020, the Supreme Court of California granted Respondents' Petition for Review of the Court of Appeal's decision. The Supreme Court of California also ordered the Court of Appeal's decision to be depublished. Respondents currently have until December 15, 2020 to file their opening brief on the merits.

The parties respectfully request that the stay issued on July 12, 2019 remain in effect until such time as the California State court reaches a final decision on Plaintiff's Petition for Writ of Administrative Mandate.

DATED: December 10, 2020

MARK M. HATHAWAY, ESQ.
JENNA E. PARKER, ESQ.
HATHAWAY PARKER

ANDREW T. MILTENBERG, ESQ.
STUART BERNSTEIN, ESQ.
TARA J. DAVIS, ESQ.
NESENOFF & MILTENBERG LLP

By: /s/ Mark M. Hathaway
MARK M. HATHAWAY
Attorneys for Plaintiff
MATTHEW BOERMEESTER

| | |
|---|---|
| DATED: December 10, 2020 | JULIE ARIAS YOUNG, ESQ.<br>KAREN J. PAZZANI, ESQ.<br>YOUNG & ZINN LLP<br><br>By: /s/ Karen J. Pazzani**<br>KAREN J. PAZZANI<br>Attorneys for Defendants<br>UNIVERSITY OF SOUTHERN CALIFORNIA, GRETCHEN DAHLINGER MEANS, individually and in her official capacity, and AINSLEY CARRY, individually and in his official capacity |

\*\*Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# **CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 1150 South Olive Street, Suite 1800, Los Angeles, California 90015.

On December 10, 2020, I hereby certify that I electronically filed the foregoing document described/listed below with the Clerk of the Court for the United States District Court, Central District of California. Participant(s) in the case who are registered users will be served by the CM/ECF system, electronically transmitted, and served the foregoing document(s) described as: **SECOND JOINT STATUS REPORT.**

| | |
|---|---|
| Mark Hathaway, Esq.<br>Jenna E. Parker, Esq.<br>HATHAWAY PARKER<br>445 S. Figueroa Street, 31st Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 529-9000<br>Email: mark@hathawayparker.com<br>Email: jenna@hathawayparker.com | Representing Plaintiff<br>MATTHEW BOERMEESTER |
| Andrew T. Miltenberg, Esq.<br>Stuart Bernstein, Esq.<br>Tara J. Davis, Esq.<br>NESENOFF & MILTENBERG LLP<br>363 Seventh Avenue, Fifth Floor<br>New York, New York 10001<br>Tel.: (212) 736-4500<br>Email: amiltenberg@nmllplaw.com<br>Email: sbernstein@nmllplaw.com<br>Email: tdavis@nmllplaw.com | Representing Plaintiff<br>MATTHEW BOERMEESTER |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 10, 2020, at Los Angeles, California.

_Patty Flores_
Patty Flores

4
CERTIFICATE OF SERVICE