**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 19-02137-CJC (MRWx)　　　　　　　　　　　　　　Date:  February 8, 2024

Title: <u>MATTHEW BOERMEESTER v. UNIVERSITY OF SOUTHERN CALIFORNIA ET AL</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Rolls Royce Paschal</u>　　　　　　　　　　　<u>　　　N/A　　　</u>
　Deputy Clerk　　　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

　None Present　　　　　　　　　　　　　　　None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING FOURTEENTH JOINT STATUS REPORT [Dkt. 64]**

　　　On February 8, 2024, this case was reassigned to Judge Cormac J. Carney for all further proceedings.  (Dkt. 65.)  The Court has reviewed the parties' Fourteenth Joint Status Report submitted on January 10, 2024.  (Dkt. 64.)  Based on the parties' limited presentation of the factual and procedural background of this case and related legal arguments, the Court is unable to determine whether the resolution of Plaintiff's state court petition is "likely to have a significant impact on this case" warranting a continued stay.  (*See id.* at 2–3.)  If Plaintiff believes the stay issued on July 12, 2019, (*see* Dkt. 38), is no longer legally appropriate, he should file a properly noticed motion to lift the stay.

rdf

MINUTES FORM 11
CIVIL-GEN　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk RRP