UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 19-02137-CJC (MRWx)                                    Date: March 25, 2024

Title: MATTHEW BOERMEESTER v. UNIVERSITY OF SOUTHERN CALIFORNIA, *et al.*

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                      None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER CLARIFYING THAT CASE IS NOT DISMISSED AND DENYING AS MOOT *EX PARTE* APPLICATION TO VACATE ORDER OF DISMISSAL AND REINSTATE THE CASE (Dkt. 68)**

A previous judge stayed this case on July 12, 2019. (Dkt. 38.) Upon reviewing the case history and the parties' fourteenth joint status report after the case was transferred to this Court, the Court issued an order titled "Civil Minutes – Closing," noting that the "[c]ase should have been closed" on July 12, 2019, when the case was stayed. (Dkt. 67.) The action the Court took in Docket 67 was administrative in nature and had no legal effect.

Now before the Court is Plaintiff's "*Ex Parte* Application to Vacate Order of Dismissal and Reinstate the Case," in which he argues that "[t]he Court should vacate the dismissal order, reinstate the case, lift the stay order imposed on July 12, 2019, and allow this matter to proceed to trial." (Dkt. 68 at 4.) Plaintiff's application is based on a misunderstanding of the Court's order. Because the Court never issued a dismissal order or otherwise dismissed the case, Plaintiff's request is largely moot. As to Plaintiff's request that the Court lift the stay (which Plaintiff addressed only briefly), Plaintiff should file a regularly noticed motion as the Court previously directed, (Dkt. 66), providing the relevant factual and procedural background, legal argument, and legal authority. In the event the Court lifts the stay, the case will be administratively reopened, but whether the case is administratively closed or open has no legal effect. For these reasons, Plaintiff's application is **DENIED AS MOOT**.

rdf
MINUTES FORM 11
CIVIL-GEN                                                                                            Initials of Deputy Clerk RRP