# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BOERMEESTER <br><br> PLAINTIFF(S), <br><br> v. <br><br> UNIVERSITY OF SOUTHERN CALIFORNIA, et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:19−cv−02137−FMO−MRWx <br><br><br> **NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER** |

To: All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for direct reassignment.

Accordingly, this case has been reassigned to:

Hon.   Michael B. Kaufman  , Magistrate Judge for:

any discovery and/or post−judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read:    2:19−cv−02137−FMO−MBKx   . This is very important because documents are routed by the initials.

Clerk, U.S. District Court

 February 28, 2025   By:  /s/ *Rebeca D Olmos*
 Date                      Deputy Clerk