JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BOERMEESTER, | Case No. CV 19-2137 FMO (MBKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNIVERSITY OF SOUTHERN CALIFORNIA, et al., | |
| Defendants. | |

Pursuant to the Order Re: Motion to Dismiss, IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 10th day of March, 2025.

/s/
Fernando M. Olguin
United States District Judge