# EXHIBIT 1



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 27-3093840

Young & Zinn LLP
Attn: Laura Zive
1150 South Olive St. Ste 1800
Los Angeles, CA 90015

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10219953 | 11033 |
| Invoice Date | Total Due |
| 4/30/19 | 40.06 |

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11033 | 10219953 | 4/30/19 | 40.06 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 4/18/19 | 3954701 | ASP | Young & Zinn LLP / 1150 South Olive Street / LOS ANGELES CA 90015 / Caller: Patty Flores / 2:19-cv-02137-R-MRW / Boermeester/Carry, et al. / Mandatory Chambers Copies of Mtn to / Signed: del          USDC Central Court / 255 E. Temple Street / LOS ANGELES CA 90012 / PICK UP Chambers / Copies of Motion to / Dismiss and deliver / ASAP to Ctrm 880, / Ref: 2102.174 | Base Chg : 36.75  Fuel Chg : 3.31 | 40.06 |
| DELIVERY-ASAP VEHICLE | | | | | |

*Doc 174 - Chambers copy of Motion to Dismiss & deliver to Courtroom 880.*

Total 40.06

**INVOICE PAYMENT DUE UPON RECEIPT**

Exhibit 1, page 5