# EXHIBIT 2



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 27-3093840

Young & Zinn LLP
Attn: Laura Zive
1150 South Olive St. Ste 1800
Los Angeles, CA 90015

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10236044 | 11033 |
| Invoice Date | Total Due |
| 6/30/19 | 58.86 |

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877) 350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11033 | 10236044 | 6/30/19 | 58.86 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 6/03/19 | 4006338 | SPC | Young & Zinn LLP / 1150 South Olive Street / LOS ANGELES CA 90015 / Caller: Patty Flores / 2:19-cv-02137-R-MRW / Boermeester/Carry, et al. / USC's Reply ISO Motion to Dismiss; / Signed: del — USDC Central Court / 255 E. Temple Street / LOS ANGELES CA 90012 / Please pick up 2 docs (Reply ISO Motion to Dismiss; and Objections to / Ref: 2102.174 | Base Chg: 54.00 / Fuel Chg: 4.86 | 58.86 |

*Notity - Delivery of Reply in Support of Motion to Dismiss and objections to Request for Judicial Notice to Courtroom #80.*

Total 58.86

**INVOICE PAYMENT DUE UPON RECEIPT**

Exhibit 2, page 6