# EXHIBIT 3



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 27-3093840

Pazzani & Sandhu LLP
Attn: Laura Zive
700 N. Central Avenue Suite460
Glendale, CA 91203

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10818712 | 11033 |
| Invoice Date | Total Due |
| 6/30/24 | 87.25 |

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11033 | 10818712 | 6/30/24 | 87.25 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 6/20/24 | 5777996 | PDF | Pazzani & Sandhu LLP<br>700 N. Central Avenue<br>GLENDALE     CA 91203<br>Caller: Puneet Sandhu<br>19-CV-02137-FMO-MRWX | UNITED STATES DISTRICT COURT<br>350 WEST 1ST ST<br>LOS ANGELES     CA 90012<br><br>Please prepare and d<br>eliver chambers copi<br>es of the attached d<br>ocuments with blueba | Base Chg : | 27.75 | 87.25 |
| PDF COURTESY DELIVERY | | | | | PDF/Ship : | 59.50 | |
| | | | | 2102.174 - Chamber's Copies of Opposition to Plaintiff's Motion to Lift Stay | | | |
| | | | Signed: FMO box | Ref: 19-CV-02137-FMO-MRWX | | | |



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 27-3093840

Pazzani & Sandhu LLP
Attn: Laura Zive
700 N. Central Avenue Suite460
Glendale, CA 91203

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10818719 | 11033 |
| Invoice Date | Total Due |
| 6/30/24 | 27.75 |

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11033 | 10818719 | 6/30/24 | 27.75 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 6/18/24 | 5774771 | PDF | Pazzani & Sandhu LLP<br>700 N. Central Avenue<br>GLENDALE     CA 91203<br>Caller: Patty Flores<br>CV-02137-FMO-MRW<br>Boermeester v. University of Southern | UNITED STATES DISTRICT COURT<br>350 WEST 1ST ST<br>LOS ANGELES     CA 90012<br><br>judge Olguin<br>later than 12:00 noo<br>n tomorrow | Base Chg : | 27.75 | 27.75 |
| PDF COURTESY DELIVERY | | | | | | | |
| | | | Signed: FMO box | Ref: BOERMEESTER V. UNIVERSI | | | |

Exhibit 3, page 7