# EXHIBIT 4



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 99-3169047

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10835631 | 11033 |
| **Invoice Date** | **Total Due** |
| 7/31/24 | 77.25 |

Pazzani & Sandhu LLP
Attn: Laura Zive
700 N. Central Avenue Suite460
Glendale, CA 91203

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11033 | 10835631 | 7/31/24 | 77.25 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 7/29/24 | 5823496 | PDF | Pazzani & Sandhu LLP        UNITED STATES DISTRICT COURT | Base Chg : 27.75 | 77.25 |
| PDF COURTESY DELIVERY | | | 700 N. Central Avenue       350 WEST 1ST ST<br>GLENDALE        CA 91203    LOS ANGELES     CA 90012<br>Caller: Patty Flores<br>cv-02137-FMO-MRW                 deliver to<br>Matthew Boermeester v. University of S FMO by noon<br><br>Signed: FMO box            Ref: MATTHEW BOERMEESTER V. | PDF/Ship : 49.50 | |

2102.174 - Delivery of Notice of Motion and Motion to Dismiss Complaint to Judge Olguin

Total  77.25

## INVOICE PAYMENT DUE UPON RECEIPT

Exhibit 4, page 8