# EXHIBIT 5



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA  90074-3451

**INVOICE**

| Invoice No. | Customer No. |
|---|---|
| 10854494 | 11033 |
| **Invoice Date** | **Total Due** |
| 8/31/24 | 27.75 |
| | |
| | |
| | |

TAX ID# 99-3169047

Pazzani & Sandhu LLP
Attn: Laura Zive
700 N. Central Avenue Suite460
Glendale, CA 91203

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11033 | 10854494 | 8/31/24 | 27.75 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/16/24 | 5848456 | PDF | Pazzani & Sandhu LLP<br>700 N. Central Avenue<br>GLENDALE         CA 91203<br>Caller: Patty Flores<br>cv.02137.FMO.MRWx<br><br>Signed: FMO box | UNITED STATES DISTRICT COURT<br>350 WEST 1ST ST<br>LOS ANGELES      CA 90012<br><br>deliver by 12pm<br>Honorable Fernando M<br>. Olguin<br><br>Ref: 2102.174 | Base Chg : 27.75 | 27.75 |
| PDF COURTESY DELIVERY | | | | | | |

2102.174 - Delivery of Reply in Support of Motion to Dismiss

| | Total | 27.75 |
|---|---|---|

## INVOICE PAYMENT DUE UPON RECEIPT

Exhibit 5, page 9